UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:   JOSE L. LINARES                     Date:   07/14/16
Court Reporter:   PHYLLIS LEWIS              Docket No: 16-334 (JLL)

Title of the Case:

UNITED STATES OF AMERICA
v.
DAVID SAMSON

Appearances:
Vikas Khanna, Lee Cortes & Steven Sanders, AUSA
Michael Chertoff & Justin Walder, Attorney for Defendant

Nature of Proceedings:
Defendant sworn
Information fld.
Waiver of Indictment fld.
Plea Guilty to Count 1 of the Information.
Rule 11 fld.
Plea Agreement fld.
Ordered sentence date for 10/20/16 at 11:00 a.m.
Order bail set at $100,000 PR Bond

Commenced: 12:30 p.m.
Concluded: 1:30 p.m.

Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.